UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Kyle F. Williams,                                                   Case No. 3:19-cv-2077

          Plaintiff

   v.                                                                        JUDGMENT ENTRY

Norfolk Southern Railway Company,

          Defendant

     For the reasons stated in the Memorandum Opinion and Order filed concurrently, I hereby grant Defendant's motion to dismiss this case for lack of personal jurisdiction. (Doc. No. 5). Further, because Plaintiff's Proposed Amended Complaint would be subject to dismissal for lack of personal jurisdiction as well, Plaintiff's motion to amend is denied as futile. (Doc. No. 7).

                                                         s/ Jeffrey J. Helmick
                                                         United States District Judge